IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| MIKEL RAY HENDERSON, | ) | |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | No. CIV-10-759-C |
| DAVID L. PARKER, et al., | ) | |
| Respondent. | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This action for habeas corpus relief brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Doyle W. Argo, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). On July 22, 2010, Judge Argo entered a Report and Recommendation, recommending transfer of this action to the Eastern District of Oklahoma. Petitioner has filed a response in which he states he has no objection to the transfer of the case.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons announced therein, this action is transferred to the United States District Court for the Eastern District of Oklahoma. The Clerk shall take the necessary action to effectuate the transfer of this case to the Eastern District of Oklahoma.

IT IS SO ORDERED this 29th day of July, 2010.

ROBIN J. CAUTHRON
United States District Judge